INN - PROB 22
Rev. 05/04

FILED

**TRANSFER OF JURISDICTION**

08 JUN 23 PM 3:28

DOCKET NUMBER *(Tran. Court)*

0755 3:01CR00109

DOCKET NUMBER *(Rec. Court)*

08CR556

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Deshon Andre Smith | Northern District Of Indiana | SOUTH BEND |

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| NAME OF SENTENCING JUDGE |
|---|
| Robert L. Miller, Jr. |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/31/2008 | 03/30/2011 |

OFFENSE
Controlled Sub-Sell,Distribute,Or Dispen

JUDGE KENDALL

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

FILED
JUL 11 2008   NR
JUL 11-08

**PART 1 - ORDER TRANSFERRING JURISDICTION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____6/30/08_____
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____JUL 11 2008_____
Effective Date

_____James F. Holderman_____
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                    **www.innd.uscourts.gov**

July 1, 2008



Clerk, U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 S. Dearborn St
Chicago, IL 60604

Dear Sir or Madam:

 Enclosed please find the <u>ORIGINAL</u> Probation Form 22, Transfer of Jurisdiction, regarding Deshon Andre Smith, which has been approved and signed by Chief Judge Robert L. Miller, Jr.

 Please process this form for a judge's signature in your district, and return the <u>original</u> Form 22 to us. We will then forward certified copies of the indictment, judgment and docket.

 Thank you very much.

Sincerely,

STEPHEN R. LUDWIG, CLERK

S/JDarrah

By: _____
  Deputy Clerk

---

**Reply to South Bend Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273