

MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

July 15, 2008

FILED
2008 JUL 18 AM 11: 26
STE... ...CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

312-435-5698

Northern District of Indiana
102 Robert A. Grant Federal Bldg.
204 South Main Street
South Bend, Indiana 46601

Dear Clerk:

**Re:**   USA v. Deshon Andre Smith

Our Case Number:   08 CR 556

FILED
7-28-08
JUL 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Deshon Andre Smith, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                                       Sincerely,

                                       Michael W. Dobbins
                                       Clerk

                     by:   Laura Springer
                            Deputy Clerk

Enclosure